```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Special Assistant United States Attorney
 3  Chief, Criminal Division
    BEONG-SOO KIM (SBN 212911)
 4  Assistant United States Attorney
    Deputy Chief, Major Frauds Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-3868
 7       Facsimile: (213) 894-0141
         E-mail:  beong-soo.kim@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

                        UNITED STATES DISTRICT COURT

                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-1098 |
|---|---|
| Plaintiff, | ) <u>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE</u> |
| v. | ) |
| MILDRED THOMAS, | ) |
| Defendant. | ) |

   Pursuant to the government's motion, IT IS HEREBY ORDERED that the two-count indictment in the above-referenced case is dismissed without prejudice, in the interests of justice, and the arrest warrant in this case shall be withdrawn.


DATED:   <u>March 2</u>, 2009


                              <u>   /S/ Carla M. Woehrle   </u>
                              UNITED STATES MAGISTRATE JUDGE